UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN FLANAGAN,

           Plaintiff,

  v.

COLUMBIA DEBT RECOVERY LLC,

           Defendant.

C21-1717 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by September 16, 2022, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on January 4, 2022, docket no. 3.[1]  Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of August, 2022.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

---

[1] Plaintiff is further DIRECTED to indicate whether defendant has been served and, if not, to show cause by September 16, 2022, why this action should not be dismissed for failing to timely serve defendant and/or failure to prosecute this case. *See* Fed. R. Civ. P. 4(m); *see also* Fed. R. Civ. P. 41(b).

MINUTE ORDER - 1