UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN FLANAGAN,<br><br>           Plaintiff,<br><br>  v.<br><br>COLUMBIA DEBT RECOVERY LLC,<br><br>           Defendant. | C21-1717 TSZ<br><br>ORDER |

By Minute Order dated August 15, 2022, docket no. 4, the Court directed the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on January 4, 2022, docket no. 3. The Court further directed plaintiff to indicate whether defendant has been served. <u>See</u> Minute Order at 1 n.1 (docket no. 4). In response, plaintiff filed a Return of Service, docket no. 5, indicating that, on February 22, 2022, copies of the summons and complaint were delivered to an individual at an office of an unidentified registered agent. No other response to the Court's Minute Order has been received, and plaintiff has made no effort to obtain entry of default or otherwise prosecute this matter. Thus, this action is hereby DISMISSED without prejudice. <u>See</u> Fed. R. Civ. P. 41(b); <u>see also Wallace v. Hinton</u>,

ORDER - 1

1 | 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for
2 | failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d
3 | 128, 132 (9th Cir. 1987))).

4 |     The Clerk is directed to send a copy of this Order to all counsel of record and to
5 | CLOSE this case.

6 |     IT IS SO ORDERED.

7 |     Dated this 28th day of October, 2022.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER - 2